UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ARIANNE BORDEN,
on behalf of herself and
all others similarly situated,

    Plaintiff,                                              Case No. 22-cv-707

    v.

ENCORE SENIOR LIVING, LLC, *et al.*,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

    NOW COMES Plaintiff Arianne Borden, by and through her counsel, Walcheske & Luzi, LLC, and hereby respectfully motions this Court for approval of Plaintiff's attorneys' fees and costs on the grounds set forth below, in Plaintiff's supporting brief, and the accompanying Declarations of Attorneys James A. Walcheske and Robert M. Mihelich.

    1.    At the outset of its representation of Plaintiff, Plaintiff's counsel agreed to accept representation on a contingency basis, through which Plaintiff agreed to compensate Plaintiff's counsel with the greater of either forty percent (40%) of the recovery, if any, in addition to counsel's litigation-related costs, or counsel's actual attorneys' fees and costs as recovered through a judgment or negotiated through settlement.

    2.    Plaintiff's counsel negotiated a settlement of this Fair Labor Standards Act ("FLSA") collective and a Wisconsin Wage Payment and Collection Law ("WWPCL") class

action on behalf of Plaintiff and current and former employees of Defendants Encore Senior Living, LLC and 41 Management, LLC, as preliminarily approved by this Court, (ECF Nos. 25);

3. As called-for in that Agreement, and pursuant to Plaintiff's fee arrangement with Plaintiff's counsel, Plaintiff now petitions this Court for approval of her reasonable attorneys' fees of $20,835.00, and her reasonable litigation-related costs of $1,402.71, for a total $22,237.71, (*see* ECF No. 23-1, ¶ 3.2);

4. Defendants do not oppose the requested award of attorneys' fees and costs, (*id.*);

5. As set forth in greater detail in Plaintiff's supporting brief, as further supported by the Declarations filed in support thereof, Plaintiff's counsel's requested attorneys' fees are fair, reasonable, and representative of their actual attorneys' fees and costs in this litigation, and should therefore be approved.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Unopposed Motion for Approval of Attorneys' Fees and Costs in the total amount of $22,237.71.

Dated this 23rd day of October, 2023.

        WALCHESKE & LUZI, LLC
        Counsel for Plaintiff

        s/ *James A. Walcheske*
        James A. Walcheske, State Bar No. 1065635
        Scott S. Luzi, State Bar No. 1067405
        David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com