UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ARIANNE BORDEN,
on behalf of herself and
all others similarly situated,

      Plaintiff,                                        Case No. 22-cv-707

      v.

ENCORE SENIOR LIVING, LLC, *et al.*,

      Defendants.

---

## ORDER GRANTING FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

---

Having previously preliminarily approved the parties' Settlement Agreement & Release, ECF No. 23-1, having reviewed the parties' Joint Motion for Final Approval of Collective and Class Action Settlement, ECF No. 29, Plaintiff's Unopposed Motions for Approval of Service Award, ECF No. 30, and for Approval of Attorneys' Fees and Costs, ECF No. 31, and the Declarations filed in support thereof, and having held a Fairness Hearing regarding the same on October 30, 2023,

**IT IS HEREBY ORDERED** that:

    1.    The parties' Settlement Agreement & Release, ECF No. 23-1, is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

    2.    The Settlement Agreement is binding on Plaintiff, Defendants, and all members of the Settlement Class.

3. Payments to Plaintiff, her counsel, and all members of the Settlement Class are hereby **AUTHORIZED** in accordance with the parties' Settlement Agreement.

4. Plaintiff's Unopposed Motion for Approval of Service Award is **GRANTED** and Plaintiff's Service Award of $1,500.00 is hereby approved.

5. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED**, and counsel's requested award of attorneys' fees and costs in the total amount of $22,237.71 is hereby approved.

6. Unclaimed monies from the Net Settlement Fund or Settlement Checks that expire upon the Settlement Check Void Date remain with and/or revert back to the Defendants.

7. Plaintiff's released claims and those of all members of the Settlement Class are hereby **DISMISSED** with prejudice.

8. The federal claims pursuant to the Fair Labor Standard Act of 1938, as amended ("FLSA"), of any Settlement Class member who did not timely file a Consent to Join Form with the Court are hereby **DISMISSED** without prejudice.

9. The FLSA and Wisconsin state law claims of all FLSA Collective members are hereby **DISMISSED** with prejudice.

10. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2023.

_____
STEPHEN C. DRIES
United States Magistrate Judge